UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA *ex rel.*
ELLEN ZWEIFACH,

          Plaintiff,

      v.

COMPREHENSIVE COUNSELING
CENTER, *et al.*,

          Defendants.
----------------------------------X

**ORDER**

Civil Action No.
CV-03-2003

(Amon, J.)

      Whereas, the United States has provided its Notice of its election to intervene in this action, which has been commenced by Ellen Zweifach (the "Relator"), in accordance with the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and 3730(b)(4)(A).

      IT IS ORDERED that:

      1. Relator's Complaint be unsealed, and served by Relator in accordance with the Federal Rules of Civil Procedure.

      2. All other contents of the Court's file in this action shall remain under seal and not made public or served upon the defendant, except for this Order and the United States' Notice of Intervention, which the United States shall serve upon the defendant after receipt of this Order.

      3. The seal be lifted as to all other matters occurring in this action after the date of this Order.

      4. The United States may file a complaint in furtherance if its decision to intervene which shall state such additional claims for relief as it deems appropriate, within 45

2

days of receipt of this Order.

IT IS SO ORDERED,

September 12, 2006
Brooklyn, New York

s/ Carol B. Amon

HONORABLE CAROL B. AMON
UNITED STATES DISTRICT JUDGE

Civil Action No. CV-03-2003

# UNITED STATES DISTRICT COURT
Eastern District of New York

UNITED STATES OF AMERICA EX REL
ELLEN ZWEIFACH,

                              Plaintiff,

- against -

COMPREHENSIVE COUNSELING SERVICE, INC., et al...,

                              Defendants.

## PROPOSED ORDER
## TO BE FILED UNDER SEAL

ROSLYNN R. MAUSKOPF

United States Attorney,
Attorney for **Plaintiff**
Office and Post Office Address,
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Dated: _____

Due service of a copy of the within _____ is hereby admitted.

Dated: _____, 20 __

Attorney for _____

RICHARD K. HAYES, AUSA
(718) 254-6050

---

SIR:

**PLEASE TAKE NOTICE** that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on the ____ day of ____, 19 __, at 10:30 o'clock in the forenoon.

Dated: Brooklyn New York, _____, 19 __

    United States Attorney,
    Attorney for _____

To:

_____
Attorney for _____

---

SIR:

**PLEASE TAKE NOTICE** that the within is a true copy of a _____ duly entered herein on the ____ day of _____, in the office of the Clerk of the Eastern District of New York,

Dated: Brooklyn, New York _____, 19 __

    United States Attorney,
    Attorney for _____

To:

_____
Attorney for _____