

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:RKH

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 30, 2008

Honorable Carol B. Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States *ex rel.* Zweifach v. Comprehensive Counseling Center, *et al.*,
              Civil Action No. CV-03-2003 (Amon, J.)

Dear Judge Amon:

        The United States, on its own behalf and on behalf of relator Ellen Zweifach, encloses a joint notice of dismissal pursuant to Fed.R.Civ P. 41(a)(1)(i).

        Respectfully submitted,

        BENTON J. CAMPBELL
        United States Attorney

By:    /s/

        RICHARD K. HAYES
        Assistant U.S. Attorney
        (718) 254-6050

cc.:    Timothy J. McInnis, Esq.
        William M. Brodsky, Esq.
        Arthur Laifer